**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-60542-BLOOM/Valle**

COMPLETE BUSINESS SOLUTIONS
GROUP, INC.,

    Plaintiff,

v.

BUSINESS CAPITAL, LLC, et al.,

    Defendants.

_____/

## ORDER ON MOTION TO DISMISS

**THIS CAUSE** is before the Court upon Defendant Grimble & Loguidice, LLC's ("Defendant") Motion to Quash Service of Process and Motion to Dismiss for Lack of Personal Jurisdiction, ECF No. [11] (the "Motion"). Plaintiff, through counsel, brings claims for conspiracy to fraudulently convey assets (Count I), unjust enrichment (Count II), tortious interference with existing business relationships (Count III), prima facie tort (Count IV), and abuse of process (Count V). *See* Amended Complaint, ECF No. [1] at 64-75. In the Motion, Defendant argues that Plaintiff's purported service of process must be quashed because Plaintiff failed to comply with Florida Statute § 48.062 and Plaintiff's Amended Complaint must be dismissed because the Court lacks personal jurisdiction over Defendant.

Defendant filed its Motion on March 14, 2019, providing Plaintiff until March 28, 2019 – at the very latest – to file a Response. *See* ECF No. [11]. On March 29, 2019, with no Response having been filed, this Court Ordered that "Plaintiff must file its response to the Motion, if any, **no later than April 3, 2019**." ECF No. [18]. The Court cautioned that "[i]f Plaintiff fails to file any response, the Court shall consider the merits of the Motion without the benefit of a response or

responses, and such failure may be deemed sufficient cause to grant the motion by default." *Id.* (citing S.D. Fla. L. R. 7.1(c)).

As of the date of this Order, Plaintiff has not filed a Response, nor requested an extension of time to do so. Nevertheless, the Court has considered Defendant's arguments, and finds that dismissal of Defendant for lack of personal jurisdiction is warranted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [11]**, is **GRANTED**;
2. Defendant Grimble & Loguidice, LLC's is **DISMISSED** without prejudice as a Defendant in this case.

**DONE AND ORDERED** in Miami, Florida, on April 5, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record